UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 25-10559-MWF(KSx)** | Date: January 09, 2026 |
| Title | ***Majda Car v. Discover Financial Services, Inc., et al.*** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE; ORDER STRIKING PLAINTIFF'S NOTICE OF DOE AMENDMENT [11]**

A review of the docket in this action reflects that the Complaint was filed on November 3, 2025.  (Docket No. 1).  On November 20, 2025, Plaintiff filed a Proof of Service (the "POS") of the summons and Complaint on Defendant Discover Financial Services, Inc. ("Defendant").  The POS reflected personal service on Defendant on November 14, 2025; thus, Defendant's response to the Complaint was due no later than December 5, 2025.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **JANUARY 30, 2026**.

- By Defendant:  Response to the Complaint.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- By Plaintiff:  Application to the Clerk to Enter Default as to properly served Defendant who has not timely responded to the Complaint.

On January 7, 2026, Plaintiff filed a Notice of Doe Amendment (the "Notice").  (Docket No. 11).  The "proper method of adding new parties in the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 25-10559-MWF(KSx)**                                            Date:  January 09, 2026

Title         ***Majda Car v. Discover Financial Services, Inc., et al.***

federal courts is found in Rule 15." *See Fifty Associates v. Prudential Life Ins. Co. of America*, 446 F.2d 1187, 1191 (9th Cir. 1970).  Accordingly, Plaintiff's Notice is **STRICKEN**.  If Plaintiff wants to add new defendants to this action, Plaintiff must do so by way of an amended complaint, in accordance with Federal Rule of Civil Procedure 15.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **JANUARY 30, 2026,** will result in the dismissal of this action.

IT IS SO ORDERED.